**Electronically Filed**
**Supreme Court**
**SCWC-30295**
**27-SEP-2011**
**10:02 AM**

SCWC-30295

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

MILES D. JENKINS, JR.,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30295; CASE NO. 1DTC-09-036612)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant Miles D. Jenkins, Jr.'s

application for writ of certiorari filed on August 16, 2011, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, September 27, 2011.

Timothy Mac Master on
the application for
petitioner/defendant-
appellant.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

